

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-6-2006

# Dennison v. PA Dept Corr

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3921

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Dennison v. PA Dept Corr" (2006). *2006 Decisions.* Paper 1291.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1291

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 05-3921

KERRY DENNISON,

Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, SCI-Mahoney;
MICHAEL R. YOURON; MARTIN L. DRAGOVICH;
THOMAS P. KOWALSKY; JAMES UNELL; ED KLEM

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No.: 01-CV-00056
District Judge: The Honorable James M. Munley

---

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 30, 2006

Before: SMITH, and COWEN, *Circuit Judges*,
and THOMPSON*, District Judge**

(Filed: April 6, 2006)

---

OPINION

---

Kerry Dennison, a former employee of the Pennsylvania Department of

---

*The Honorable Anne E. Thompson, Senior District Judge for the United States District
Court for the District of New Jersey, sitting by designation.

Corrections, appeals from the order of the United States District Court for the Middle District of Pennsylvania denying his motion for a new trial of his claims of retaliation in violation of Title VII, the Free Speech and Petition clauses of the First Amendment to the United States Constitution, the Pennsylvania Human Relations Act, and the Pennsylvania Whistle Blowers Act.[1] The motion for a new trial alleged that the District Court erred by requiring his counsel to disclose an exhibit to the defense prior to Dennison's closing argument, and by limiting Dennison's presentation of evidence in support of his claims. We review these evidentiary rulings for an abuse of discretion. *United States v. Sokolow*, 91 F.3d 396, 402 (3d Cir. 1996). For the reasons explained by the District Judge in his thorough memorandum, we will affirm the judgment of the District Court.

---

[1] The District Court exercised jurisdiction pursuant to 28 U.S.C. § 1331. We have appellate jurisdiction under 28 U.S.C. § 1291.